IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
BOISE DIVISION

U.S. COURTS

APR 10 2018

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| ARISEBANK, | § | MISC. ACTION NO. |
| JARED RICE SR., and | § | 1:18 - mc - 10084 - EJL |
| STANLEY FORD, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## NOTICE OF APPOINTMENT OF RECEIVER

Pursuant to the provisions of 28 U.S.C. § 754, Mark W. Rasmussen provides notice of his

appointment as Receiver for AriseBank, Jared Rice Sr. and Stanley Ford.  True and correct copies

of the First Amended Complaint filed by the Securities Exchange Commission, the Order

reappointing Receiver, and the Order appointing Receiver are attached as Exhibits A, B, and C.

Dated: April 9, 2018

_____
Mark W. Rasmussen, Receiver